UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHYLLIP JERROD BECOATS,<br><br>               Petitioner,<br><br>vs.<br><br>WARDEN WILLIAM TERRY,<br><br>               Respondent. | CIVIL ACTION FILE<br><br>NO.: 1:11-CV-3686-ODE |

## J U D G M E N T

This petition for a writ of habeas corpus having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and the court having adopted said recommendation, it is

**Ordered and Adjudged** that the petition for a writ of habeas corpus be, and the same hereby is **denied** and **dismissed**.

Dated at Atlanta, Georgia, this 14th day of March, 2012.

                                                      JAMES N. HATTEN
                                                    CLERK OF COURT

                                      By:  s/ Ashley Coleman
                                                 Ashley Knight, Deputy Clerk

Prepared and Entered
in the Clerk's Office
   March 15, 2012
James N. Hatten
Clerk of Court

By: s/ Ashley Coleman
   Deputy Clerk